UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ) | Case No. 06-07744 |
| ) | |
| ) | Chapter 13 converted to Chapter 7 |
| Carolyn Simms ) | Judge:  A. Benjamin Goldgar |
| ) | |

## NOTICE OF CONVERSION

TO:    SEE ATTACHED CREDITOR MATRIX LIST
       Marilyn Marshal via electronic mail

PLEASE TAKE NOTICE THAT I have served upon the above individuals this Notice of Conversion.

DATED: July 30, 2007

### CERTIFICATE OF SERVICE

I, the undersigned hereby certify that a true and correct copy of the above and foregoing Chapter 7 Bankruptcy was forwarded to all parties of interest as listed above via First Class, U.S. Mail, postage prepaid on or before 5:00 p.m. on June 13, 2007.

/s/ Thomas W. Toolis

6270743
Thomas W. Toolis
Cossidente, Salus & Toolis, Ltd.
7777 West 159th Street
Tinley Park, Illinois 60477
708-444-1444

ADT Security Services
PO Box 96175
Las Vegas, NV 89193

Alliance One
1160 Centre Pointe Drive, Ste 1
Mendota, MN 55120

Allien Interstate
15 Hazel Wood Drive, Ste 102
Amherst, NY 14228

America's Servicing Company
c/o McCalla Raymer LLC - BK Dept.
1544 Old Alabama Road
Roswell, GA 30076

AmeriCredit
PO Box 183853
Arlington, TX 76096

Applied Card Bank
800 Delaware Ave
Wilmington, DE 19801

Applied Card Bank
Tate & Kirlin Associates
2810 Southampton Road
Philadelphia, PA 19154

AT & T
PO BOX 8212
Aurora, IL 60572

Cap One Bk
Po Box 85520
Richmond, VA 23285

Cavalry Portfolio Serv
4050 E Cotton Center Blv
Phoenix, AZ 85040

CHARTER ONE
P.O. BOX 20361
Rochester, NY 14602

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

CINGULAR
PO BOX 6428
Carol Stream, IL 60197

CITY OF CHICAGO
DEPARTMENT OF REVENUE
PO BOX 88292
Chicago, IL 60680

Cook County -Child Support Division
28 North Clark Street, Room 200
Chicago, IL 60602

EMC Mortgage Corp
c/o McCalla Raymer, LLC, BK Dept.
1544 Old Alabama Road
Roswell, GA 30076

ENCORE RECEIVABLE MANAGEMENT
PO BOX 3330
Olathe, KS 66063

Esb/Harley Davidson Cr
4150 Technology Way
Carson City, NV 89706

Financial Asset Management Systems
PO Box 926050
Norcross, GA 30010-6050

Ford Cred
Po Box Box 542000
Omaha, NE 68154

Francine Rambert
8033 South Essex
Chicago, IL 60617

Gemb/Sams Club
Po Box 981400
El Paso, TX 79998

GROEN WASTE SERVICE
13701 SOUTH KOSTNER
CRESTWOOD, IL 60445

Leading Edge
8550 West Bryn Maw
Chicago, IL 60631

Loving Care Home Services
for Seniors
7711 West 159th Street
Tinley Park, IL 60477

MCI
PO BOX 17890
Denver, CO 80217

NCO Financial Systems, Inc.
PO Box 105236
Atlanta, GA 30348

NICOR
PO BOX 310
Aurora, IL 60568

Park Dansan
113 W 3rd Ave
Gastonia, NC 28052

Providian Financial
Po Box 9180
Pleasanton, CA 94566

Rmi/Mcsi
3348 Ridge Rd
Lansing, IL 60438

Salvatore Spinelle, Esq.
135 Maxess Roadm Ste 2B
Melville, NY 11747

State Collection Servi
2509 S Stoughton Rd
Madison, WI 53716

Tate & Kirlin Associates
2810 Southhampton Road
Philadelphia, PA 19154

Wells Fargo Bank, N.A.
c/o McCalla Raymer, LLC - BK Dpmt
1544 Olad Alabama Road
Roswell, GA 30076

Wells Fargo Home Mortg
625 Maryville Centre Dr
Saint Louis, MO 63141

Wexler & Wexler
500 W Madison St Ste 291
Chicago, IL 60661

(Official Form 1) (10/05)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Simms, Rodney** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Simms, Carolyn** 07-13797 |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>xxx-xx-1333 | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>xxx-xx-2850 |
| Street Address of Debtor (No. & Street, City, and State):<br>**14507 South Parnell**<br>**Riverdale, IL**                    ZIP Code **60827** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**14507 South Parnell**<br>**Riverdale, IL**                    ZIP Code **60827** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business** (Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- ■ Chapter 13

**Nature of Debts** (Check one box)
- ■ Consumer/Non-Business
- ☐ Business

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)  FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Simms, Rodney** **Simms, Carolyn** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location Where Filed:  **Northern District Illinois** | Case Number: **00-13939** | Date Filed: **5/09/00** |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.  X __/s/ Thomas W. Toolis_____  June 30, 2006   Signature of Attorney for Debtor(s)          Date   **Thomas W. Toolis  6270743** |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?  ☐ Yes, and Exhibit C is attached and made a part of this petition.  ■ No | ■ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.  ☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)

FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Simms, Rodney**
**Simms, Carolyn**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Rodney Simms**
Signature of Debtor **Rodney Simms**

X **/s/ Carolyn Simms**
Signature of Joint Debtor **Carolyn Simms**

Telephone Number (If not represented by attorney)

**June 30, 2006**
Date

#### Signature of Attorney

X **/s/ Thomas W. Toolis**
Signature of Attorney for Debtor(s)

**Thomas W. Toolis 6270743**
Printed Name of Attorney for Debtor(s)

**Cossidente & Salus, Ltd.**
Firm Name

**7777 West 159th Street**
**Tinley Park, IL 60477**

Address

Email: twt@cs-ltd.com
**708-444-1444  Fax: 708-444-8333**
Telephone Number

**June 30, 2006**
Date

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*